IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-437-KS

| | |
|---|---|
| MICHAEL BATTS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br>Administration, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

For good cause shown, Defendant's motion to appear telephonically at the oral argument hearing scheduled for November 30, 2021 [DE #25] is GRANTED. Defendant shall be permitted to appear via video teleconferencing ("VTC"). At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which is available on the court's website at https://www.nced.uscourts.gov/attorney/crtech.aspx.

This 2nd day of November 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge