IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00437-KS

| | |
|---|---|
| MICHAEL BATTS, | )<br>) |
| Plaintiff | ) |
| v. | )<br>) ORDER<br>) |
| LELAND DUDEK[1],<br>Acting Commissioner of<br>  Social Security, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 23rd day of April, 2025, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Charlotte W. Hall, Esquire, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $24,000 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees she previously received under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

KIMBERLY A. SWANK
United States Magistrate Judge

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 17, 2025, and is therefore substituted as defendant. See Fed. R. Civ. P. 25(d).