UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL BATTS,<br>   Plaintiff,<br><br>  v.<br><br>LELAND DUDAK,<br>*Acting Commissioner of Social Security,*<br>   Defendant. | **JUDGMENT**<br><br>Case No. 5:20-CV-437-KS |

**Decision by Court.**

  This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees [DE-37.]

  IT IS ORDERED, ADJUDGED AND DECREED that Charlotte Hall, Esquire, is awarded an attorney fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $24,000 (or 25% of Plaintiff's past-due benefits, whichever is less.) Plaintiff's counsel will reimburse Plaintiff any fees she previously received under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

<u>This judgment filed and entered on April 23, 2025, with *electronic service* upon:</u>

**Charlotte Hall**
*Counsel for Plaintiff*

**Amanda Gilman**
**Cassia Parson**
**Elisa Donohoe**
**Kaba-Kabi Kazadi**
*Counsel for Defendant*

                 **PETER A. MOORE, JR.**
                 **CLERK, U.S. DISTRICT COURT**

<u>DATE: April 23, 2025</u>        /s/ *Shelia D. Foell*
                 (By): Shelia D. Foell, Deputy Clerk